UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:09-cv-00489-JHN-MANx | Date | January 19, 2011 |
|---|---|---|---|
| Title | St Paul Surplus Lines Insurance Company v. Baldwin Racing Inc et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL  (In Chambers)

On January 10, 2011, Defendant Baldwin Racing, Inc. filed a status report, informing the Court that the parties have settled an underlying related state court action, and that Plaintiff would be filing a dismissal of this action.  (Docket No. 55.)  No notice of dismissal has been filed.

The Court hereby orders Plaintiff to file a notice of dismissal by no later than **January 27, 2011** or, alternatively, file its own status report if it does not concur with Defendant's representation that dismissal of this action was part of the settlement of the underlying state court action.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |